1  ROBERT T. SULLWOLD (SBN 88139)
   JAMES A. HUGHES (SBN 88380)
2  SULLWOLD & HUGHES
   235 Montgomery Street, Suite 730
3  San Francisco, CA  94104
   (415) 263-1850
4  (415) 989-9798 FAX

5  Attorneys for Plaintiff
   ORACLE CORPORATION
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  ORACLE CORPORATION, a Delaware          Case No.:
    Corporation,
13
                                            COMPLAINT FOR BREACH OF CONTRACT;
14              Plaintiff                    ACCOUNT STATED; BOOK ACCOUNT; AND
                                            GOODS SOLD AND DELIVERED AT
15                                          AGREED PRICE
          v.
16

17  WARRANTY CORPORATION OF AMERICA, a
    Georgia Corporation,
18

19              Defendant.

20

21        Plaintiff Oracle Corporation ("Oracle") alleges:

22                        **NATURE OF THE ACTION**

23        1.   Oracle brings this diversity action to collect the amounts that Defendant Warranty

24  Corporation of America ("Defendant") owes to Oracle pursuant to a written agreement between the

25  parties for the licensing of Oracle software to Defendant and for related technical support.

26                              **PARTIES**

27        2.   Oracle is and at all times herein mentioned was a corporation organized under the

28  laws of the State of Delaware, with its principal place of business in Redwood Shores, California.

                                       1

1  Oracle is qualified to do business and is doing business in the State of California.

2      3.   Oracle is informed and believes, and on that ground alleges, that Defendant is and at

3  all times herein mentioned was a corporation organized under the laws of the State of Georgia, with its

4  principal place of business in Norcross, Georgia.  Oracle is informed and believes, and on that ground

5  alleges, that Defendant is qualified to do business and is doing business in the State of California.

6                                **JURISDICTION AND VENUE**

7      4.   This Court has jurisdiction over this dispute under 28 U.S. Code §1332, in that the

8  matter in controversy exceeds the sum of $75,000 and is between citizens of different states.

9      5.   Venue is appropriate in this District pursuant to a forum selection provision contained

10  in the agreement between the parties.  See paragraph 12, *infra*.

11                                **INTRADISTRICT ASSIGNMENT**

12      6.   The parties have agreed that San Francisco is an appropriate venue for this matter.

13  See paragraph 12, *infra*.  Accordingly, this action is properly assigned to the San Francisco Division of

14  the Court.

15                                **FACTUAL ALLEGATIONS**

16      7.   Oracle is a supplier of information management software.  Oracle also provides,

17  among other things, technical support for its software products.  Technical support includes both product

18  support and update subscriptions.

19      8.   Oracle is informed and believes, and on that ground alleges, that Defendant provides

20  insurance relationships, administrative expertise, and technological support to business partners in the

21  extended service contract arena, and that Defendant currently processes over 5,000,000 service contracts

22  each month, making it one of the largest independent service contract administrators in the world.

23      9.   On or about November 27, 2002, Defendant and Oracle executed an Ordering

24  Document that, pursuant to its terms, is governed by the terms of the Oracle License and Services

25  Agreement Version 090302.  True and correct copies of the Ordering Document and the Oracle

26  Licensing and Services Agreement (hereinafter collectively referred to as the "Contract License") are

27  attached hereto as Exhibit 1.  Pursuant to the Contract License, Defendant ordered from Oracle, and

28  agreed to pay for, several Oracle software programs, including, but not necessarily limited to:  Oracle

2

1  Database Enterprise Edition, Real Application Cluster, Internet Application Server Enterprise Addition,

2  Oracle E-Business Suite, and Oracle Tutor for Applications.  Defendant also ordered first year technical

3  support services on each of the software programs included in the Contract License.

4  10. The total price for the software programs covered by the Contract License and first

5  year technical support services was $1,095,325.35, as reflected in Invoice No. 1687275 dated November

6  27, 2002 in the amount of $822,682.65; Invoice No. 1687274 dated November 27, 2002 in the amount

7  of $182,892.70; and Invoice No. 998999780 dated December 2, 2002 in the amount of $89,750

8  (collectively the "Invoices").  True and correct copies of the Invoices are attached hereto as Exhibit 2.

9  11. Oracle delivered to Defendant the software described in the Contract License.

10  Section B.2 of the Ordering Document states that "[a]ll fees due under this Ordering Document shall be

11  non-cancellable and the sums paid nonrefundable . . . ."  Payment on the Invoices was due on or before

12  December 27, 2002 for the November invoices and on or before January 1, 2002 for the December

13  invoice.

14  12. The Contract License includes the following forum selection provision:

15  This agreement is governed by the substantive and procedural laws of
   California and you and Oracle agree to submit to the exclusive jurisdiction
16  of, and venue in, the courts in San Francisco, San Mateo, or Santa Clara
   counties in California in any dispute arising out of or relating to this
17  agreement.

18  See Exhibit 1, Oracle Licensing and Services Agreement at 3.  The parties thereby agreed to jurisdiction

19  and venue in this Court.

20  **FIRST COUNT**

21  **(Breach of Contract)**

22  13. Oracle incorporates by this reference paragraphs 1 through 12, inclusive, and

23  realleges such paragraphs as though fully set forth herein.

24  14. Oracle performed all conditions, obligations, and covenants required of it under the

25  Contract License and Invoices.

26  15. Defendant was obligated to pay the amounts of the Invoices upon Defendant's receipt

27  of the software described therein and within the time specified on the Invoices.

28  16. Despite Oracle's demands therefor, Defendant has failed and refused and continues to

3

1  fail and refuse to pay any of the amounts due under the Contract License and Invoices.  Such refusal to

2  pay constitutes a breach of the Contract License.

3         17. As a proximate result of Defendant's breach, Oracle has incurred damages of

4  $1,095,325.35, which represents the total amount due under the Contract License and Invoices, plus

5  interest on such amount at the legal rate.

6         WHEREFORE, Oracle prays judgment as set forth below.

7  **SECOND COUNT**

8  **(Account Stated)**

9         18. Oracle incorporates by this reference paragraphs 1 through 12, inclusive, and

10  realleges such paragraphs as though fully set forth herein.

11         19. Within the last four years, Defendant became indebted to Oracle because an account

12  was stated in writing between Defendant and Oracle in which it was agreed that Defendant was indebted

13  to Oracle in the amount $1,095,325.35.

14         20. Neither the whole nor any part of the above sum has been paid, although a demand

15  therefor has been made, and there is now due, owing and unpaid the sum of $1,095,325.35, plus interest

16  thereon.

17         WHEREFORE, Oracle prays judgment as set forth below.

18  **THIRD COUNT**

19  **(Book Account)**

20         21. Oracle incorporates by this reference paragraphs 1 through 12, inclusive, and

21  realleges such paragraphs as though fully set forth herein.

22         22. Within the last four years, Defendant became indebted to Oracle on an open book

23  account for money due for goods, wares and merchandise sold and delivered by Oracle to Defendant at

24  Defendant's request, for which Defendant agreed to pay $1,095,325.35.

25         23. Neither the whole nor any part of the above sum has been paid, although a demand

26  therefor has been made, and there is now due, owing and unpaid the sum of $1,095,325.35, plus interest

27  thereon.

28         WHEREFORE, Oracle prays judgment as set forth below.

1

## FOURTH COUNT

2

### (Goods Sold and Delivered)

3
4

24. Oracle incorporates by this reference paragraphs 1 through 12, inclusive, and realleges such paragraphs as though fully set forth herein.

5
6
7

25. Within the last four years, Defendant became indebted to Oracle for goods, wares and merchandise sold and delivered by Oracle to Defendant and for which Defendant promised to pay Oracle the sum of $1,095,325.35.

8
9
10

26. Neither the whole nor any part of the above sum has been paid, although a demand therefor has been made, and there is now due, owing and unpaid the sum of $1,095,325.35, plus interest thereon.

11

WHEREFORE, Oracle prays judgment as follows:

12

1.   For damages in the amount of $1,095,325.35;

13
14

2.   For interest at the legal rate on all unpaid amounts from the time payment was due until the date of the judgment;

15

3.   For costs of suit; and

16

4.   For such other and further relief as the Court deems just and proper.

17

DATED:   July 7, 2003

ROBERT T. SULLWOLD
18
JAMES A. HUGHES
SULLWOLD & HUGHES

19
20
21

JAMES A. HUGHES
Attorneys for
22
PLAINTIFF ORACLE CORPORATION

23
24
25
26
27
28

5

# EXHIBIT 1

Page 1 of 6

# ORACLE

## Ordering Document

Your Name: WARRANTY CORPORATION OF AMERICA
Your Location: 2110 Crossing Park Road
Norcross, GA 30071

Contract Administrator: Glen Harmeier
Phone: 770-520-2070
Fax: 770-441-9101
Email Address: gharmeier@wcsa.com

Technical Contact: Bryant Willis
Phone: 770-840-3142
Fax: 770-441-9101
Email Address: bwillis@wcsa.com

---

### ORACLE CONTRACT INFORMATION

Agreement: Oracle License and Services Agreement
Agreement Name: Oracle License and Services Agreement, Version 090302
This ordering document incorporates by reference the terms of the agreement specified above ("Agreement").

## A. PROGRAMS

You have ordered the programs license and/or education subscription services described below for use worldwide, subject to U.S. export laws.

| Product Description | Quantity | License Type | List License Fee | Discount | Net License Fee | List Product Support Fee | Discount | Net Product Support Fee | List Update Subscription Service Fee | Discount | Net Update Subscription Service Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **PERPETUAL LICENSES:** Oracle Database Named User Plus | | | | | | | | | | | |
| **Tools** Internet Developer Suite | 15 | Named User Plus | $75,000.00 | 80.00% | $15,000.00 | $8,250.00 | 80.00% | $1,650.00 | $11,250.00 | 80.00% | $2,250.00 |
| **Collaboration** Collaboration Suite | 500 | Named User Plus | $30,000.00 | 80.00% | $6,000.00 | $5,000.00 | 80.00% | $1,000.00 | $2,500.00 | 80.00% | $500.00 |
| **PERPETUAL LICENSES:** Oracle Database Processor: | | | | | | | | | | | |
| **Oracle Database** Oracle Database Enterprise Edition | 6 | Processor | $240,000.00 | 80.00% | $48,000.00 | $115,800.00 | 80.00% | $3,360.00 | $86,000.00 | 80.00% | $7,200.00 |
| **Enterprise Edition Options** Real Application Clusters | 6 | Processor | $120,000.00 | 80.00% | $24,000.00 | $8,400.00 | 80.00% | $1,680.00 | $18,000.00 | 80.00% | $3,600.00 |
| **Internet Application Server** Internet Application Server Enterprise Edition | 4 | Processor | $80,000.00 | 80.00% | $16,000.00 | $5,600.00 | 80.00% | $1,120.00 | $12,000.00 | 80.00% | $2,400.00 |

PT 02NOV2002

## PERPETUAL LICENSES:

### Oracle E-Business Suite - Applications Suite:

| Product Description | Quantity | License Type | List License Fee | Discount | Net License Fees | List Product Support Fees | Discount | Net Product Support Fee | List Update Subscription Service Fee | Discount | Net Update Subscription Service Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **E-Business Suite Professional** E-Business Suite Professional User (see table A on the attached e-business suite exhibit for included programs) | 275 | Professional User | $1,100,000.00 | 48.00% | $572,000.00 | $77,000.00 | 48.00% | $40,040.00 | $165,000.00 | 48.00% | $85,800.00 |
| **E-Business Suite Employee** E-Business Suite Employee User (see table B on the attached e-business suite exhibit for included programs) | 25 | Employee User | $10,000.00 | 48.00% | $5,200.00 | $700.00 | 48.00% | $364.00 | $1,500.00 | 48.00% | $780.00 |

### E-Business Suite Add-One:

| Product Description | Quantity | License Type | List License Fee | Discount | Net License Fees | List Product Support Fees | Discount | Net Product Support Fee | List Update Subscription Service Fee | Discount | Net Update Subscription Service Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Electronic Orders** Electronic Orders (see table C on the attached e-business suite exhibit for included programs) | 150,000 | No. of Orders per year | $250,000.00 | 76.00% | $60,000.00 | $17,500.00 | 76.00% | $4,200.00 | $37,500.00 | 76.00% | $9,000.00 |
| **Other** Tutor for Applications | 125 | Application User | $61,875.00 | 52.00% | $29,700.00 | $4,331.25 | 52.00% | $2,079.00 | $9,281.25 | 52.00% | $4,455.00 |

| CD Pack Description: | Quantity | | Price |
|---|---|---|---|
| Oracle(R) Collaboration Suite CD Pack for Linux Intel | 1 | | $39.95 |
| Oracle9i Database CD Pack for Linux Intel | 1 | | $39.95 |
| Oracle9i Applications 11i CD Pack for Linux Intel | 1 | | $39.95 |
| Oracle9i Developer Suite CD Pack for Linux Intel | 1 | | $39.95 |
| Oracle(R) CAD View-3D CD Pack for MS Windows | 1 | | $39.95 |

### Subscription Services:

| Description | Quantity | License Type | List Monthly Service Fee | Net Monthly Service Fee | List Annual Service Fees | Discount | Net Annual Services Fee | List Product Support Fee | Net Product Support Fee | List Update Service Fee | Net Update Service Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Learning Network | 30 | Hosted Named User | N/A | N/A | $10,470.00 | 52% | $5,025.60 | N/A | N/A | N/A | N/A |

| | Price |
|---|---|
| List License Fees: | $11,966,875.00 |
| Net License Fees: | $775,900.00 |
| CD Pack Fees: | $199.75 |
| First Year Product Support Fees: | $54,893.00 |
| First Year Update Subscription Service Fees: | $115,985.00 |
| List Annual Education Subscription Services Fee: | $10,470.00 |
| Net Annual Education Subscription Services Fee: | $5,025.60 |
| **Total Fees:** | **$957,003.35** |

## B. GENERAL TERMS

1. **Technical Support.** Technical support consists of Update Subscription Service, Product Support and/or other technical support services you may have ordered. Fees for technical support are due and payable annually in advance. Technical support acquired under this ordering document shall be for a period of 12 months. Technical support is effective upon shipment or from the effective date of this ordering document if shipment is not required.

2. **Miscellaneous.** Section A of this ordering document specifies the CD pack(s) on the particular computer operating system requested by you, which have been shipped or currently are being shipped to you. You acknowledge that you will create and activate an administrator account and password and that the OLN service is available on http://www.oracle.com/education/oln/ You acknowledge that Oracle has no further delivery obligation for the OLN service. Where shipment is required, Oracle shall deliver to the address specified by you on your purchasing document or when the purchasing document does not indicate a ship to address, Oracle shall deliver to your location, the CD pack(s) listed in section A that include 1 copy of the software media and 1 set of program documentation (in the form generally available), for each program licensed under this ordering document which is currently available in production release as of the effective date below. You shall be responsible for installation of the software. All fees due under this ordering document shall be non-cancellable and the sums paid nonrefundable, except as provided in the agreement. You agree to pay applicable media and shipping charges. Provided you continuously maintain Update Subscription Service, additional CD packs for the programs provided under this ordering document may be ordered through the Oracle Store at the standard CD pack price. If you lose or damage the media containing a program licensed hereunder, upon your written notice Oracle will provide a replacement copy thereof, under Oracle's then-current technical support policies, for a media and shipping charge. The following shipping terms shall apply: FCA Shipping Point, Prepaid, and Add. These terms shall also apply to any options exercised by you.

The program licenses provided in this ordering document are offered separately from any other proposal for consulting services you may receive or have received from Oracle and do not require you to purchase Oracle consulting services.

## C. OTHER

1. **Table A.**

The programs specified in table A on the attached e-business suite exhibit are included in the E-Business Suite Professional User.

2. **Table B**

The programs specified in table B on the attached e-business suite exhibit are included in the E-Business Suite Employee User and E-Business Suite Non-Employee User.

3. **Table C**

The programs specified in table C on the attached e-business suite exhibit are included in Electronic Orders.

4. **Minimum Licensing Requirements**

You are required to maintain professional user licenses for at least 10% of your employee population and a combination of professional user and employee user licenses for at least 20% of your employee population.

Your employee population shall be defined as the total number of actual employees (regardless of whether they work full-time or part-time) as stated in your annual report if you are a publicly traded company or as certified in writing by an authorized representative for privately held companies.

PL 07NOV2002                                          Issued by ORACLE CORPORATION 27-Nov-02

As of the effective date, you have met the minimum requirement for licensing the E-Business Suite based on your current employee population of 254. At the time your employee population first reaches 280 and each time thereafter that your employee population increases by 10% over the previous reported employee population, you will be required to verify to Oracle in writing that (i) you are still in compliance with the minimum licensing requirements (including the requirement as to proportion of professional and employee users) or (ii) you are not in compliance and will acquire additional licenses as necessary to comply with the minimum licensing requirements.

The above is only a minimum licensing rule and you are always required to be licensed for your actual users.

5. **Program Purchasing Restrictions**

Now that you have licensed the E-Business Suite Professional User, you acknowledge that you are no longer able to purchase those programs contained in the E-Business Suite Professional User on a per program basis. Any additional licenses needed for those programs contained in the E-Business Suite Professional User must be purchased via the professional user; professional user – external, employee user or non employee user – Business Suite Professional User must be purchased via the professional user; professional user – external, employee user or non employee user – external metrics. In addition, if you require use of the iStore or Release Management programs, you must acquire these licenses per the Electronic Orders bundle which is licensed per order and you are not able to purchase these programs on a per program basis.

6. **Limited Use Programs**

The following programs are limited use programs: Oracle Database Enterprise Edition, Real Application Clusters, Collaboration Suite, Internet Application Server Enterprise Edition, & Internet Developer Suite. These programs may only be used with your applications defined as: All programs in table A, B, & C on the attached e-business suite exhibit.

7. **Term.** The term of your Oracle Learning Network service shall commence on the effective date of this ordering document and shall continue for a period of one (1) year (the "Subscription Term"). On each anniversary of the subscription term, services acquired under this ordering document may be renewed for an additional one (1) year term at the then current OLN services rate by contacting your local Oracle Education Sales Office. If you choose not to renew the subscription term, all rights to use the Oracle Learning Network service shall end.

8. **Assignment.** Upon advance written notice to Oracle and provided that you have continuously maintained Update Subscription Service, you may assign your rights under this ordering document to an entity that is either (a) acquiring all or substantially all of your assets and assuming all liabilities related to such assets or (b) acquiring the division, business unit or operation of yours which uses Oracle software programs and assuming the liabilities of such division, business unit or operation. Additionally, the assignee must agree in writing to the terms and conditions of this ordering document and the license agreement.

9. **Customer Definition:** For purposes of this ordering document, you shall be defined as: (i) the company listed at the head of this ordering document, Warranty Corporation of America; (ii) the majority owned subsidiaries of Warranty Corporation of America (collectively, "WaCA's majority owned subsidiaries"); (iii) Warranty Corporation of America's affiliate, Benchmark Holdings, Inc.; (iv) the majority owned subsidiary of Benchmark Holdings, Inc., Gramercy Insurance Company; and (v) the majority owned subsidiaries of Gramercy Insurance Company (collectively, "Gramercy's majority owned subsidiaries"). Warranty Corporation of America warrants that it has the authority to bind WaCA's majority owned subsidiaries to the terms of this ordering document and the agreement and further warrants that it shall be responsible for a breach of such terms by WaCA's majority owned subsidiaries. Further, before accessing the programs, Benchmark Holdings, Inc., Gramercy Insurance Company, and each of Gramercy's majority owned subsidiaries must agree in writing to be bound by the terms of this ordering document and the agreement, and Warranty Corporation of America warrants that it shall be responsible for a breach of such terms by Benchmark Holdings, Inc., Gramercy Insurance Company, and/or any of Gramercy's majority owned subsidiaries.

10. **Customer Reference.** In consideration of the discounts granted to you under this ordering document, Oracle may refer to you as a customer in sales presentations, marketing vehicles and activities. In addition you agree to become part of Oracle's reference program by working with a representative from Oracle Marketing to develop a customer profile for use on Oracle.com and for other promotional activities at Oracle's discretion. The profile will include a quote from an executive of your company and your company's logo.

11. **Estimated Worldwide Usage.** To enable Oracle to provide support services and accurately report revenue for tax purposes, it is estimated that the program licenses initially acquired hereunder shall be installed and/or accessed in each applicable country as listed on the attached estimated worldwide usage exhibit. Your use of the programs is not limited to these estimates.

12. **Additional Licenses.** Through and including May 27, 2003, you may acquire the programs specified on the attached price hold exhibit, provided such programs are available in production release when ordered and provided that you have continuously maintained Update Subscription Service and Product Support for the programs licensed on this ordering document, by paying Oracle the designated license fees. You may also acquire first year Update Subscription Service and first year Product Support for such programs by paying Oracle the appropriate fees specified on the attached price hold exhibit. Upon your exercise of this option, where shipment is required, Oracle shall deliver 1 copy of the software media and 1 set of program documentation (in the form generally available). Any relevant purchase minimums will apply to orders placed under this section.

## D.  ADDITIONAL AGREEMENT TERMS

1.  The following terms amend the attached Oracle License and Services Agreement.

    Replace the fifth sentence of the Technical Support section with "Technical support acquired with this order may be renewed annually, and for the initial two (2) renewal years, the technical support fee will not increase over the prior year's fees, and for renewal years 3 and 4, the technical support fee will not increase by more than 4% over the prior year's fees."

This quote is valid through November 29, 2002 and shall become binding upon execution by you and acceptance by Oracle.

WARRANTY CORPORATION OF AMERICA                    ORACLE CORPORATION

Signature: _____                Signature: _Mary McCrayer_

Name: _Glen H. Hammer_                             Name: _Mary McCrayer_

Title: _President_                                 Title: _Manager Field Contracts_

                                                   Effective Date: _11/27/2002_

11-27-02  15:16  RCVD

# EDUCATION PREPAID CREDIT OPTION

We would like to thank you for the opportunity in allowing Oracle University to support your company in its training needs. Oracle University offers your company with the ability to prepay their education investments and receive the associated volume purchase discount by purchasing Education Prepaid Credit (EPPC) at the time of your license purchase. EPPCs can be used over 12 months with the flexibility to determine your specific training needs as your Oracle technology implementation evolves. The Oracle University website at www.oracle.com/education provides additional guidance on fulfilling your company's training needs. Learn Oracle from Oracle.

| Description | List EPPC | Discount | Net EPPC |
|---|---|---|---|
| Education Prepaid Credit | $70,283.25 | 10% | $63,254.92 |
| | | **Total Fees:** | **$63,254.92** |

**Education Prepaid Credit ("EPPC") Information and Terms:**

1. The EPPC List Fees represent 9% of the attached license order.
2. Upon receiving this information along with your Purchase Order, Oracle University will email you your specific account number.
3. The EPPCs may be used to acquire education products (excluding Oracle Tutor and Oracle iLearning) and services at the list price and under the terms specified in the Oracle University online catalogue posted at www.oracle.com/education, at the time such products or services are ordered. The list price will be reduced by applying the discount specified above. An EPPC is valid for a period of 12 months from the date your order is accepted by Oracle, and all unused EPPCs will expire at the end of such period. You may be required to execute standard Oracle ordering materials when using an EPPC to order education products or services.
4. Payment of the total fees specified above is net 30 days from date of invoice, and you agree to pay any sales, value-added, or other similar taxes that Oracle must pay based on the products or services you have ordered. All EPPCs ordered are non-cancelable and fees paid for EPPCs are nonrefundable. If the fees are not paid as described above, your ability to order Oracle products and services may be suspended until such fees are paid. No shipment is required with this order.

This quote is valid through November 29, 2002, and becomes binding upon execution by you and acceptance by Oracle.

**YES, Customer would like to hereby acquire the EPPCs specified above and accept this offer per the above terms.**

Signature: _____
Name: _____
Title: _____
Company Name: _____
EPPC Point of Contact (POC): _____
EPPC POC Email Address: _____
Effective Date: _____

**NO, Customer is not interested in acquiring EPPC.**

Signature: *[signature]*
Name: GLEN A. HERGNER
Title: PM
Company Name: WARNER CO. of America

PL 07NOV2002

Issued by ORACLE CORPORATION 27-Nov-02

**E-Business Suite Exhibit**

**Table A**

| | |
|---|---|
| Marketing | Marketing, Trade Management |
| Sales | TeleSales, Sales Online, Quoting, Incentive Compensation |
| Order Management and Logistics | Order Management, Advanced Pricing, Configurator, Mobile Supply Chain Applications, Warehouse Management |
| Procurement | Purchasing, Purchasing Intelligence, iSupplier Portal |
| Manufacturing | Discrete Manufacturing, Flow Manufacturing, Process Manufacturing |
| Maintenance Management | Enterprise Asset Management |
| Service | iSupport, TeleService, Field Service, Advanced Scheduler, Wireless Option for Service, Mobile Field Service, Depot Repair |
| Contracts | Sales Contracts, Service Contracts, Project Contracts |
| Projects | Project Costing, Project Billing, Project Resource Management |
| Product Lifecycle Management | CADView 3D |
| Financial | Financials, Advanced Collections, Treasury, Financials & Sales Analyzers, Financials Intelligence |
| HR Applications | Human Resources, Self-Service HR , Advanced Benefits, HR Intelligence |
| Interaction Center | Advanced Inbound, Advanced Outbound, Scripting, eMail Center, Interaction Center Intelligence |
| Other | Customer Model, Customer Data Librarian |
| Employee | iProcurement, iSupport, Internet Time, Internet Expenses, iReceivables, Self-Service HR, Training Administration, Customers Online |

**Table B**

| | |
|---|---|
| Employee | iProcurement, iSupport, Internet Time, Internet Expenses, iReceivables, Self-Service HR, Training Administration, Customers Online |

**Table C**

| | |
|---|---|
| Electronic Orders | iStore, Order Management, Release Management, Advanced Pricing, Configurator, Purchasing |

ESTIMATED WORLDWIDE USAGE EXHIBIT

Country of usage: United States of America

| Programs: | Quantity: | License Type: |
|---|---|---|
| All programs and services in section A of ordering document | All quantities | All license types |

PL_07NOV2002

Issued by ORACLE CORPORATION 27-Nov-02

## PRICE HOLD EXHIBIT

| Program | License Type | Quantity | License Fee | First Year Product Support Fee | First Year Update Subscription Service Fee |
|---|---|---|---|---|---|
| E-Business Suite Professional User | Professional User | 1 | $2,080.00 | $1,145.60 | $312.00 |
| E-Business Suite Employee User | Employee User | 1 | $208.00 | $114.56 | $31.20 |
| Electronic Orders (see Table C of the E-Business Suite Exhibit for included programs) | Nos. of Orders per Year (100,001 – 1,000,000) | 1 | $0.240 | $0.0168 | $0.0360 |
| Electronic Orders (see Table C of the E-Business Suite Exhibit for included programs) | Nos. of Orders per Year (1,000,001 – 5,000,000) | 1 | $0.120 | $0.0084 | $0.0180 |
| Electronic Orders (see Table C of the E-Business Suite Exhibit for included programs) | Nos. of Orders per Year (5,000,001 or more) | 1 | $0.024 | $0.0017 | $0.0036 |
| Tutor for Applications | Application User | 1 | $237.60 | $16.63 | $25.54 |

To order Electronic Orders pursuant to this price hold exhibit, you must have paid with a previous order or are paying with your current order to Oracle the following one time initial entry license, first year product support and first year update subscription service fees for the applicable No. of Orders Per Year in your order.

| Nos. of Orders Per Year | License Fee | First Year Product Support Fee | First Year Update Subscription Service Fee |
|---|---|---|---|
| 1-12,500 | $6,000 | $420 | $900 |
| 12,501-100,000 | $6,000 | $420 | $900 |
| 100,001-1,000,000 | $48,000 | $3,360 | $7,200 |
| 1,000,001-5,000,000 | $264,000 | $18,480 | $39,600 |
| 5,000,001 or more | $744,000 | $52,080 | $111,600 |

PL_07NOV2002

Issued by ORACLE CORPORATION 27-Nov-02

# ORACLE

### ORACLE LICENSE AND SERVICES AGREEMENT

## ORACLE LICENSE AND SERVICES TERMS

"You" and "your" refers to the individual or entity that has ordered Oracle programs, services, or technical support from Oracle or an authorized distributor. The term "programs" refers to the Oracle software products which you have ordered, program documentation, and any program updates acquired through technical support. "Services" refers to technical support (excluding any program updates acquired through technical support), consulting, education, online or other services which you have ordered. This license and services agreement ("agreement") includes the terms and the order you previously completed. Your order is not effective until accepted by Oracle. If accepted, Oracle will notify you and this notice will include a copy of your agreement.

### Rights Granted
Upon Oracle's acceptance, you have the limited right to use the programs and any services you ordered solely for your business operations and subject to the terms of this agreement, including the definitions and rules set forth in the order and the program documentation. You may allow your agents and contractors to use the programs for this purpose, subject to the terms of this agreement. Program documentation is either shipped with the programs, or you may access the documentation online at http://docs.oracle.com. If ordered, annual technical support is provided under Oracle's technical support policies, which are subject to change and may contain additional terms. You may access the current version of the technical support policies at http://oracle.com/support/index.html?policies.html. Services are provided based on the then current policies for the applicable services ordered.

### Ownership and Restrictions
Oracle retains all ownership and intellectual property rights to the programs and resulting from the services. You may make a sufficient number of copies of each program for your licensed use and one copy of each program for backup purposes when your system is inoperative; you must obtain Oracle's prior written approval to make additional copies.

You may not:
- remove or modify any program markings or any notice of Oracle's proprietary rights;
- make the programs available in any manner to any third party for use in the third party's business operations (unless such access is expressly permitted for the specific program license you have acquired);
- use the programs to provide third party training, except for training your licensed users;
- assign this agreement or give or transfer the programs, technical support or other services ordered or an interest in them to another individual or entity (and if you grant a security interest in the programs, the secured party has no right to use or transfer the programs);
- cause or permit reverse engineering or decompilation of the programs, unless required for interoperability; or
- disclose results of any program benchmark tests without Oracle's prior written consent.

### Warranties, Disclaimers and Exclusive Remedies
Oracle warrants that programs will substantially operate as described in the applicable program documentation for one year after Oracle delivers them to you. Oracle also warrants that technical support and services ordered will be provided in a manner consistent with industry standards, and this warranty is valid for a period of 90 days from performance of the service.

**ORACLE DOES NOT GUARANTEE THAT THE PROGRAMS WILL PERFORM ERROR-FREE OR UNINTERRUPTED OR THAT ORACLE WILL CORRECT ALL PROGRAM ERRORS. TO THE EXTENT PERMITTED BY LAW, THESE WARRANTIES ARE EXCLUSIVE AND THERE ARE NO OTHER EXPRESS OR IMPLIED WARRANTIES OR CONDITIONS, INCLUDING WARRANTIES OR CONDITIONS OF MERCHANTABILITY, SATISFACTORY QUALITY, AND FITNESS FOR A PARTICULAR PURPOSE.**

**IF ORACLE CANNOT SUBSTANTIALLY CORRECT A BREACH OF ORACLE'S WARRANTIES IN A COMMERCIALLY REASONABLE MANNER, YOU MAY END YOUR PROGRAM LICENSE, TECHNICAL SUPPORT OR OTHER SERVICES AND RECOVER THE LICENSE FEES, TECHNICAL SUPPORT FEES OR OTHER SERVICES FEES PAID TO ORACLE UNDER THIS AGREEMENT FOR THE RELEVANT PROGRAM, TECHNICAL SUPPORT OR SERVICE. THIS IS YOUR EXCLUSIVE REMEDY.**

## Trial Programs

You may order trial programs, or Oracle may include additional programs with your order which you may use for trial purposes only. You have 30 days from the delivery date to evaluate these programs. If you decide to use any of these programs after the 30 day trial period, you must obtain a license for each program from Oracle. If you decide not to obtain a license for any program after the 30 day trial period, you will cease using and will delete the applicable programs from your computer systems. Programs licensed for trial purposes are provided "as is" and Oracle does not provide technical support or offer any warranties for these programs.

## End of Agreement

If you breach the terms of this agreement and fail to correct the breach within 30 days after Oracle notifies you in writing, Oracle may end this agreement and your use of programs, technical support and other services ordered. If Oracle ends this agreement as specified in the preceding sentence, you must pay within 30 days all amounts which have accrued prior to the end of this agreement, as well as all sums remaining unpaid for programs and services ordered under this agreement. You agree that if you are in default under this agreement or an OFD agreement related to your order, you may not use the programs or technical support or other services ordered.

## Fees and Taxes

All fees payable to Oracle are due within 30 days from the invoice date, and you also agree to pay any sales, value-added or other similar taxes imposed by applicable law which Oracle must pay based on the programs, technical support or other services you ordered. Fees listed in this agreement are exclusive of value added tax and/or similar sales taxes. Such taxes shall be charged at the appropriate rate by Oracle in addition to its stated fees and shall be shown separately on the relevant invoice.

## Indemnification

If someone makes a claim against you that any program infringes their intellectual property rights, Oracle will indemnify you if you do the following:

- notify the General Counsel, Legal Department promptly in writing, not later than 30 days after you receive notice of the claim, or sooner if required by applicable law;
- give Oracle sole control of the defense and any settlement negotiations; and
- give Oracle the information, authority, and assistance Oracle needs to defend against or settle the claim.

If Oracle believes that any of the programs may have violated someone else's intellectual property rights, Oracle may choose to either modify the programs or obtain a license to allow for continued use, or if these alternatives are not commercially reasonable, Oracle may end the license for the applicable program and refund any license fees and any unused, prepaid support fees you have paid for it. Oracle will not indemnify you if you alter a program outside the scope of use provided in the documentation or if you use a program version which has been superseded, if the infringement claim could have been avoided by using an unaltered current version of the program. Oracle will not indemnify you to the extent that an infringement claim is based upon the combination of programs with any products or services not provided by Oracle. This section provides your exclusive remedy for any infringement claims or damages.

## Nondisclosure

By virtue of this agreement, the parties may have access to information that is confidential to one another ("confidential information"). Confidential information shall be limited to the terms and pricing under this agreement, and all information clearly identified as confidential.

A party's confidential information shall not include information that: (a) is or becomes a part of the public domain through no act or omission of the other party; (b) was in the other party's lawful possession prior to the disclosure and had not been obtained by the other party either directly or indirectly from the disclosing party; (c) is lawfully disclosed to the other party by a third party without restriction on the disclosure; or (d) is independently developed by the other party.

The parties agree to hold each other's confidential information in confidence for a period of three years from the date of disclosure. The parties agree, unless required by law, not to make each other's confidential information available in any form to any third party for any purpose other than the implementation of this agreement. Each party agrees to take all reasonable steps to ensure that confidential information is not disclosed or distributed by its employees or agents in violation of the terms of this agreement. Nothing shall prevent either party from disclosing the terms or pricing under this agreement or orders submitted under this agreement in any legal proceeding arising from or in connection with this agreement.

**Entire Agreement**

You agree that this agreement and the information which is expressly incorporated into this agreement, together with the applicable order, are the complete agreement for the programs, technical support, and other services ordered by you, and this agreement supersedes all prior or contemporaneous agreements or representations regarding such programs and/or services. If any term of this agreement is found to be invalid or unenforceable, the remaining provisions will remain effective. If this agreement and any non-Oracle ordering document are inconsistent in any manner, the terms of this agreement shall prevail. This agreement may not be modified except in a writing signed or accepted online through the Oracle Store by authorized representatives of you and of Oracle and any notice required under this agreement shall be provided to the other party in writing.

**Limitation of Liability**

NEITHER PARTY SHALL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES, OR ANY LOSS OF PROFITS, REVENUE, DATA, OR DATA USE. ORACLE'S MAXIMUM LIABILITY FOR ANY DAMAGES UNDER THIS AGREEMENT AND YOUR ORDER, WHETHER IN CONTRACT OR TORT, SHALL BE LIMITED TO THE FEES YOU PAID ORACLE FOR THE RELEVANT PROGRAM, TECHNICAL SUPPORT OR OTHER SERVICE UNDER THIS AGREEMENT AS SPECIFIED IN YOUR ORDER.

**Export**

You agree that U.S. export control laws and other applicable export and import laws govern your use of the programs, including technical data. You agree that neither the programs nor any direct product thereof will be exported, directly, or indirectly, in violation of these laws, or will be used for any purpose prohibited by these laws including, without limitation, nuclear, chemical, or biological weapons proliferation.

**Technical Support**

For purposes of the ordering document, technical support consists of Updates Subscription Service, Product Support and/or other annual technical support services you may have ordered. If ordered, annual technical support is provided under Oracle's technical support policies in effect at the time the services are provided. The technical support policies, incorporated in this agreement, are subject to change and may contain additional terms, and you should review the policies prior to entering into the ordering document for the applicable services. You may access the current version of the technical support policies at http://oracle.com/support/index.html?policies.html. Technical support acquired with your order may be renewed annually and for the initial two renewal years the technical support fee will not increase by more than 4% over the prior year's fees. If your order is fulfilled by a partner, the technical support fee for the first renewal year will be based on Oracle's then current renewal policy for partner licenses; the technical support fee for the second renewal year will not increase by more than 4% over the prior year's fees. If you decide to maintain technical support for some but not all of the licenses within a license set, you may be required to terminate the licenses for which technical support has lapsed.

**General**

This agreement is governed by the substantive and procedural laws of California and you and Oracle agree to submit to the exclusive jurisdiction of, and venue in, the courts in San Francisco, San Mateo, or Santa Clara counties in California in any dispute arising out of or relating to this agreement.

Upon 45 days written notice, Oracle may audit your use of the programs. You agree to cooperate with Oracle's audit and provide reasonable assistance and access to information. You agree to pay within 30 days of written notification any underpaid fees. If you do not pay, Oracle can end your technical support, licenses and this agreement.

If you have a dispute with Oracle, or if you become subject to insolvency proceedings, you will promptly send written notice to: Oracle Corporation, 500 Oracle Parkway, Redwood City, California, United States, 94065, Attention: General Counsel, Legal Department.

The Uniform Computer Information Transactions Act does not apply.

**License Definitions and Rules**

To fully understand your license grant, you need to review the definition for the licensing metric and term designation as well as the licensing rules which are listed below.

OLSA_V090302

## Definitions and License Metrics

**Adapter:** is defined as each software code interface, installed on each Application Interconnect hub, which facilitates communication of information between third party software applications and Oracle programs.

**$M Annual Transaction Volume:** is defined as one million U.S. dollars in all purchase orders transacted and all auctions conducted through the Oracle Exchange Marketplace by you and others during the applicable year of the Oracle Exchange Marketplace license, regardless of whether any such auction results in a purchase order, provided that an auction resulting in a purchase order shall only be counted against the Annual Transaction Volume once.

**$M Annual Transportation Spend:** is defined as one million U.S. dollars in all transportation and logistics service purchase orders, auctions and Request for Quotes (RFQs) conducted through the Oracle Transportation by you and others during the applicable year. Auctions and RFQs must be counted regardless of whether the auction or RFQ results in a purchase order; if an auction or RFQ results in a purchase order it shall only be counted toward the Annual Transportation Spend once. If the Annual Transportation Spend is unknown to you, then the Annual Transportation Spend shall be equal to 15% of total company revenue.

**Application User:** is defined as an individual authorized by you to use the application programs which are installed on a single server or on multiple servers regardless of whether the individual is actively using the programs at any given time.

**Application Read-Only User:** is defined as an individual authorized by you to run only queries or reports against application programs for which you have acquired Application User licenses.

**Case Report Form (CRF) Page:** is defined as the "electronic equivalent" of what would be the total number of physical paper pages initiated remotely by the program (measured explicitly in the program as Received Data Collection Instruments) during a 12 month period. You may not exceed the licensed number of CRF Pages during any 12 month period unless you acquire additional CRF Page licenses from Oracle.

**Compensated Individual:** is defined as an individual whose compensation or compensation calculations are generated by the programs. The term Compensated Individual includes, but is not limited to, your employees, contractors, retirees, and any other Person.

**Computer:** is defined as the computer on which the programs are installed. A Computer license allows you to use the licensed program on a single specified computer.

**$M Cost of Goods Sold:** is defined as one million U.S. dollars in the total cost of inventory that a company has sold during their fiscal year. If Cost of Goods Sold is unknown to you then Cost of Goods Sold shall be equal to 75% of total company revenue.

**Education Prepaid Credit (EPPC):** may be used to acquire education products (excluding Oracle Tutor and Oracle iLearning) and services, at the list price and under the terms specified in the Oracle University online catalogue, posted at www.oracle.com/education, at the time such products or services are ordered. An EPPC is valid for 12 months from the date the EPPC is ordered and any unused EPPC may expire at the end of the term. You may be required to execute standard Oracle ordering materials when using an EPPC to order education products or services.

**Employee:** is defined as an active employee of yours. (*note: The value of these applications is determined by the size of the active employee population and not the number of actual users. Therefore, all of your active employees must be included in your order when licensing these applications.*)

**Employee User:** is defined as an individual authorized by you to use the application programs which are installed on a single server or multiple servers, regardless of whether or not the individual is actively using the programs at any given time. Your human resource personnel that require access to the Oracle Self Service Human Resources program may not be licensed as Employee Users, but must be licensed as Professional Users. Additionally, your technical support personnel that require access to the Oracle iSupport program may not be licensed as Employee Users, but must be licensed as Professional Users.

**Entry:** is defined as a unique item (e.g., object, person, entity or item of information) stored within the programs. Replicated entries stored within the program on multiple servers are counted as a single entry.

**Expense Report:** is defined as the total number of expense reports processed by Internet Expenses during a 12 month period. You may not exceed the licensed number of expense reports during any 12 month period.

**Field Technician:** is defined as an engineer, technician, representative, or other person who is dispatched by you to the field using the programs.

**Full Time Equivalent (FTE) Student:** is defined as any full-time student enrolled in your institution and any part-time student enrolled in your institution counts as 25% of an FTE Student. The definition of "full-time" and "part-time" is based on your policies for student classification. If the number of FTE Students is a fraction, that number will be rounded to the nearest whole number for purposes of license quantity requirements.

**Hosted Named User:** is defined as an individual authorized by you to access the hosted service, regardless of whether the individual is actively accessing the hosted service at any given time.

**iLearning Subscription:** is defined as a web based learning environment that is made available to you subject to the terms of this agreement and Oracle's iLearning Access Policies. Oracle's iLearning Access Policies are located at www.oracle.com/applications/ilearning/index.html?il_access.html, and may be updated by Oracle from time to time without notice to you.

**Implementation Services, Packaged Methods, Architecture Services, Accelerator Services, Assessment Services and Workshops**
Each Implementation Service, Packaged Method, Architecture Service, Accelerator Service, Assessment Service and Workshop is provided subject to the statement of obligation for that particular offering and Oracle's consulting services policies. Oracle's consulting services policies are located at www.oracle.com/consulting/policies/index.html?content.html, and are subject to change.

**Invoice Line:** is defined as the total number of invoice line items processed by the program during a 12 month period. You may not exceed the licensed number of Invoice Lines during any 12 month period unless you acquire additional Invoice Line licenses from Oracle.

**Module:** is defined as each production database running the programs.

**Named User Plus:** is defined as an individual authorized by you to use the programs which are installed on a single server or multiple servers, regardless of whether the individual is actively using the programs at any given time. A non human operated device will be counted as a named user plus in addition to all individuals authorized to use the programs, if such devices can access the programs. If multiplexing hardware or software (e.g., a TP monitor or a web server product) is used, this number must be measured at the multiplexing front end. Automated batching of data from computer to computer is permitted. You are responsible for ensuring that the named user plus per processor minimums are maintained for the programs contained in the user minimum table in the licensing rules section; the minimums table provides for the minimum number of named users plus required and all actual users must be licensed.

**Non Employee User – External:** is defined as an individual, who is not your employee, contractor or outsourcer, authorized by you to use the application programs which are installed on a single server or multiple servers, regardless of whether or not the individual is actively using the programs at any given time.

**OFD Agreement:** is an agreement between you and Oracle (or one of Oracle's affiliates) that provides for payments over time of some or all of the sums due under your order.

**Oracle Learning Network (OLN):** OLN is a web based learning environment that is made available to you subject to the terms of this agreement and Oracle's OLN Hosting Access Policies. Oracle's OLN Hosting Access Policies are located at www.oracle.com/education/oln/index.html?oln_policies.html, and may be updated by Oracle from time to time without notice to you.

**Order Line:** is defined as the total number of order entry line items processed by the program during a 12 month period. Multiple order entry line items may be entered as part of an individual customer order or quote and may also be automatically generated by the Oracle Configurator. You may not exceed the licensed number of Order Lines during any 12 month period unless you acquire additional Order Line licenses from Oracle.

**Orders:** is defined as the total number of distinct orders for all programs that are a part of Electronic Orders, entered electronically (not manually entered by licensed professional users) through EDI, XML or other electronic means including purchase orders transmitted from Oracle Purchasing, during a 12 month period. You may not exceed the licensed number of orders during any 12 month period.

**Partner User:** is defined as an individual authorized by you to use the Oracle Partners Online program which is installed on a single server or on multiple servers regardless of whether the individual is actively using the Oracle Partners Online program at any given time.

**Person:** is defined as your employee or contractor who is actively working on behalf of your organization or a former employee who has one or more benefit plans managed by the system or continues to be paid through the system. For Time and Labor, a person is defined as an employee or contractor whose time or labor (piece work) or absences are managed by the system. For Project Resource Management, a person is defined as an individual who is scheduled on a project. The total number of licenses needed is to be based on the peak number of part-time and full-time people whose records are recorded in the system.

**Ported Number:** is defined as the telephone number that end users retain as they change from one service provider to another. This telephone number originally resides on a telephone switch and is moved into the responsibility of another telephone switch.

**Primary Usage:** is defined as each Application User of the following applications: Financials, Discrete Manufacturing, Process Manufacturing, Project Costing and Purchasing. Each such Application User is counted only once based on primary usage. You must specify how many Application Users you are licensing for each application. Primary Usage of one of the applications listed above provides the Application User with the right to use any or all of the other application programs listed above for which you are licensed. Primary Usage does not provide you with the right to use other application programs including the extensions or options to the application programs listed above.

**Processor:** shall be defined as all processors where the Oracle programs are installed and/or running. Programs licensed on a Processor basis may be accessed by your internal users (including agents and contractors) and by third party users.

**Professional User:** is defined as an individual authorized by you to use the application programs which are installed on a single server or multiple servers, regardless of whether or not the individual is actively using the programs at any given time. For the purposes of Order Management, Advanced Pricing and Purchasing, Professional Users are allowed to manually enter orders directly into these programs but any orders transmitted or executed electronically (via EDI, XML or other electronic means including purchase orders transmitted from Oracle Purchasing) must be licensed separately using the Order metric.

**Professional User – External :** is defined as an individual, who is not your employee, contractor or outsourcer, authorized by you to use the application programs which are installed on a single server or multiple servers, regardless of whether or not the individual is actively using the programs at any given time. For the purposes of Order Management, Advanced Pricing and Purchasing, Professional Users – External are allowed to manually enter orders directly into these programs but any orders transmitted or executed electronically (via EDI, XML or other electronic means including purchase orders transmitted from Oracle Purchasing) must be licensed separately using the Order metric.

**Program Documentation:** is defined as the program user manual and program installation manuals.

**Purchase Line:** is defined as the total number of purchase line items processed by the application during a 12 month period. Multiple purchase lines may be created on either a requisition or purchase order or may be automatically generated by other Oracle Application programs. For iProcurement, Purchase Lines are counted as all line items on an approved requisition created in iProcurement. For iSupplier Portal and Purchasing Intelligence, Purchase Lines are counted as the line items on purchase orders processed through each of those applications. This does not include communication on the same purchase order. For each application, you may not exceed the licensed number of Purchase Lines during any 12 month period unless you acquire additional Purchase Line licenses from Oracle. You may acquire a different number of Purchase Line licenses for each program (the number of Purchase Lines for iProcurement could be a smaller number than for iSupplier Portal).

**$M In Revenue:** is defined as one million U.S. dollars in all income (interest income and non interest income) before adjustments for expenses and taxes generated by you during a fiscal year.

**Service Order Line:** is defined as the total number of service order entry line items processed by the program during a 12 month period. Multiple service order entry line items may be entered as part of an individual customer service order or quote. You may not exceed the licensed number of Service Order Lines during any 12 month period unless you acquire additional Service Order Line licenses from Oracle.

**Student:** is defined as any named user enrolled in the University.

**Subscriber:** is defined as (a) a working telephone number for all wireline devices; (b) a portable handset or paging device that has been activated by you for wireless communications and paging; (c) a residential drop or a nonresidential device serviced by a cable provider; or (d) a live connected utility meter. The total number of Subscribers is equal to the aggregate of all types of Subscribers. If your business is not defined in the primary definition of Subscriber above, Subscriber is defined as each U.S. $1,000 increment of your gross annual revenue as reported to the SEC in your annual report or the equivalent accounting or reporting document.

**Suite:** is defined as all the functional software components described in the product documentation.

**Technical Reference Manuals**
Technical Reference Manuals ("TRMs") are Oracle's confidential information. You shall use the TRMs solely for your internal data processing operations for purposes of: (a) implementing applications programs, (b) interfacing other software and hardware systems to the applications programs and (c) building extensions to applications programs. You shall not disclose, use or permit the disclosure or use by others of the TRMs for any other purpose. You shall not use the TRMs to create software that performs the same or similar functions as any of Oracle products. You agree: (a) to exercise either at least the same degree of care to safeguard the confidentiality of the TRMs as you exercise to safeguard the confidentiality of your own most important confidential information or a reasonable degree of care, whichever is greater; (b) to maintain agreements with your employees and agents that protect the confidentiality and proprietary rights of the confidential information of third parties such as Oracle and instruct your employees and agents of these requirements for the TRMs; (c) restrict disclosure of the TRMs to those of your employees and agents who have a "need to know" consistent with the purposes for which such TRMs were disclosed; (d) maintain the TRMs at all times on your premises; and (e) not to remove or destroy any proprietary or confidential legends or markings placed upon the TRMs. Oracle shall retain all title, copyright and other proprietary rights in the TRMs. TRMs are provided to you "as-is" without any warranty of any kind. Upon termination, you shall cease using, and shall return or destroy, all copies of the applicable TRMs.

**Trainee:** is defined as an employee, contractor, student or other person who is being recorded by the program.

**Workstation:** is defined as the client computer from which the programs are being accessed, regardless of where the program is installed.

**Term Designation**
If your program license does not specify a term, the program license is perpetual and shall continue unless terminated as otherwise provided in the agreement.

**1, 2, 3, 4, 5 Year Terms:** A program license specifying a 1, 2, 3, 4 or 5 Year Term shall commence on the effective date of the order and shall continue for the specified period. At the end of the specified period the program license shall terminate.

**1 Year Hosting Term:** A program license specifying a 1 Year Hosting Term shall commence on the effective date of the order and shall continue for a period of 1 year. At the end of the 1 year the program license shall terminate. A program license specifying a 1 Year Hosting Term may only be used for providing internet hosting services.

**1 Year Oracle Hosted Term:** A program license specifying a 1 Year Oracle Hosted Term shall commence on the effective date of the order and shall continue for a period of 1 year. At the end of the 1 year the program license shall terminate. A program license specifying a 1 Year Oracle Hosted Term must be hosted by Oracle.com via Computer and Administration services.

**1 Year Subscription:** A program license specifying a 1 Year Subscription shall commence on the effective date of the order and shall continue for a period of 1 year. At the end of the 1 year the program license shall terminate.

### Licensing Rules

You are responsible for ensuring that the following user minimums are maintained per program that you license per named user plus:

| Program | Named User Plus Minimum |
|---|---|
| Oracle Database Enterprise Edition | 25 Named Users Plus per Processor |
| Rdb Enterprise Edition | 25 Named Users Plus per Processor |
| CODASYL DBMS | 25 Named Users Plus per Processor |
| Internet Application Server Standard Edition | 10 Named Users Plus per Processor |
| Internet Application Server Enterprise Edition | 10 Named Users Plus per Processor |

You are responsible for ensuring that the following restrictions are not violated:
- Oracle Database Standard Edition may only be used on machines which have the ability to run a maximum of four processors.
- The number of Enterprise Edition option licenses, Enterprise Manager licenses and Rdb Server option licenses must match the number of licenses of the associated database.
- The number of Internet Application Server Enterprise Edition option licenses must match the number of licenses of the associated Internet Application Server.

EXHIBIT 2

# ORACLE

# INVOICE

**PLEASE REFERENCE INVOICE NUMBER ON ALL REMITTANCES**

**BILL TO:** WARRANTY CORPORATION OF AMERICA
Bryant D Willis*
3110 Crossing Park Road
Attn: Accounts Payable
NORCROSS, GA  30071
United States

**SHIP TO:** WARRANTY CORPORATION OF AMERICA

3110 CROSSING PARK ROAD

NORCROSS, GA  30071
United States

**REMIT TO:** ORACLE CORPORATION
PO BOX 71028
CHICAGO, IL  60694-1028

Federal Tax ID: 94-2871189

| NUMBER | | |
|---|---|---|
| 99999780 | | |
| **DATE** | | **PAGE** |
| 02-DEC-02 | 1 of | 1 |
| **PURCHASE ORDER NUMBER** | | |
| 1202 | | |
| **OUR REFERENCE** | | |
| | | |
| **SALES ORDER NUMBER** | | |
| | | |
| **CUSTOMER NUMBER** | | |
| 726234 | | |

**PLEASE INCLUDE REMITTANCE COPY WITH PAYMENT**
**FOR QUESTIONS OR COMMENTS CONCERNING THIS INVOICE PLEASE CONTACT ORACLE COLLECTIONS AT (800)645 3509**

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| Net Due in 30 Days | 01-JAN-03 | Ivey, Patricia M | Bryant D Willis* | | | |

| ITEM NO. | DESCRIPTION | QUANTITY | TAX | UNIT PRICE($) | EXTENDED AMOUNT($) |
|---|---|---|---|---|---|
| 1 | Education Pre Paid Commitment | | | | 89,750.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIPPING | TOTAL($) |
|---|---|---|---|---|
| | 89,750.00 | 0.00 | 0.00 | 89,750.00 |

| A 1.5% PER MONTH FINANCE CHARGE WILL BE CHARGED FOR ALL PAST DUE INVOICES. ALL SOFTWARE IS LICENSED IN ACCORDANCE WITH THE TERMS AND CONDITIONS OF THE SOFTWARE LICENSE AND SERVICES AGREEMENT OR REFERENCED GSA SCHEDULE CONTRACT. | Less payments/credits($) | | 0.00 |
|---|---|---|---|
| | Outstanding balance as of 27-FEB-03 | ($) | 89,750.00 |

**PLEASE REFERENCE INVOICE NUMBER ON ALL REMITTANCES**

# ORACLE

# INVOICE

**PLEASE REFERENCE INVOICE NUMBER ON ALL REMITTANCES**

**BILL TO:** WARRANTY CORPORATION OF AMERICA
ACCOUNTS PAYABLE
3110 CROSSING PARK ROAD

NORCROSS, GA  30071
United States

**SHIP TO:** WARRANTY CORPORATION OF AMERICA
David Ellison
3110 Crossing Park Road

NORCROSS, GA  30071
United States

**REMIT TO:** ORACLE CORPORATION
PO BOX 71028
CHICAGO, IL  60694-1028

Federal Tax ID: 94-2871189

| NUMBER | | |
|---|---|---|
| 1687275 | | |
| **DATE** | | **PAGE** |
| 27-NOV-02 | 1  of | 3 |
| **PURCHASE ORDER NUMBER** | | |
| 001202 | | |
| **OUR REFERENCE** | | |
| | | |
| **SALES ORDER NUMBER** | | |
| 6773452 | | |
| **CUSTOMER NUMBER** | | |
| 726234 | | |

**PLEASE INCLUDE REMITTANCE COPY WITH PAYMENT**
**FOR QUESTIONS OR COMMENTS CONCERNING THIS INVOICE PLEASE CONTACT ORACLE COLLECTIONS AT (800)645 3509**

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| Net Due in 30 Days | 27-DEC-02 | O'Dowd,    Frank Edward | ACCOUNTS PAYABLE | 29-NOV-02 | 2 DAY | |

| ITEM NO. | DESCRIPTION | QUANTITY | TAX | UNIT PRICE($) | EXTENDED AMOUNT($) |
|---|---|---|---|---|---|
| 1 | Oracle Database Enterprise Edition - Processor Perpetual | 1 | N | 48,000.00 | 48,000.00 |
| 2 | Real Application Clusters - Processor Perpetual | 1 | N | 24,000.00 | 24,000.00 |
| 3 | Internet Application Server Enterprise Edition - Processor Perpetual | 1 | N | 16,000.00 | 16,000.00 |
| 4 | Internet Developer Suite - Named User Plus Perpetual | 1 | N | 15,000.00 | 15,000.00 |
| 5 | Collaboration Suite - Named User Plus Perpetual | 1 | N | 6,000.00 | 6,000.00 |
| 6 | E-Business Suite Professional User - Professional User | 1 | N | 572,000.00 | 572,000.00 |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIPPING | TOTAL($) |
|---|---|---|---|---|
| | 776,115.70 | 46,566.95 | 0.00 | 822,682.65 |

| A 1.5% PER MONTH FINANCE CHARGE WILL BE CHARGED FOR ALL PAST DUE INVOICES. ALL SOFTWARE IS LICENSED IN ACCORDANCE WITH THE TERMS AND CONDITIONS OF THE SOFTWARE LICENSE AND SERVICES AGREEMENT OR REFERENCED GSA SCHEDULE CONTRACT. | Less payments/credits($) | 0.00 |
|---|---|---|
| | Outstanding balance as of 21-FEB-03 | ($) 822,682.65 |

**PLEASE REFERENCE INVOICE NUMBER ON ALL REMITTANCES**

# ORACLE

# INVOICE

**PLEASE REFERENCE INVOICE NUMBER ON ALL REMITTANCES**

**BILL TO:** WARRANTY CORPORATION OF AMERICA
ACCOUNTS PAYABLE
3110 CROSSING PARK ROAD

NORCROSS, GA 30071
United States

**SHIP TO:** WARRANTY CORPORATION OF AMERICA
David Ellison
3110 Crossing Park Road

NORCROSS, GA 30071
United States

**REMIT TO:** ORACLE CORPORATION
PO BOX 71028
CHICAGO, IL 60694-1028

Federal Tax ID: 94-2871189

| NUMBER | | |
|---|---|---|
| 1687275 | | |
| **DATE** | | **PAGE** |
| 27-NOV-02 | 2 | of | 3 |
| **PURCHASE ORDER NUMBER** | | |
| 001202 | | |
| **OUR REFERENCE** | | |
| | | |
| **SALES ORDER NUMBER** | | |
| 6773452 | | |
| **CUSTOMER NUMBER** | | |
| 726234 | | |

**PLEASE INCLUDE REMITTANCE COPY WITH PAYMENT**
**FOR QUESTIONS OR COMMENTS CONCERNING THIS INVOICE PLEASE CONTACT ORACLE COLLECTIONS AT (800)645 3509**

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| Net Due in 30 Days | 27-DEC-02 | O'Dowd, Frank Edward | ACCOUNTS PAYABLE | 29-NOV-02 | 2 DAY | |

| ITEM NO. | DESCRIPTION | QUANTITY | TAX | UNIT PRICE($) | EXTENDED AMOUNT($) |
|---|---|---|---|---|---|
| 7 | E-Business Suite Employee User - Employee User | 1 | N | 5,200.00 | 5,200.00 |
| 8 | Electronic Orders - Order | 1 | N | 60,000.00 | 60,000.00 |
| 9 | Tutor for Applications - Application User Perpetual | 1 | N | 29,700.00 | 29,700.00 |
| 10 | Oracle9i Database Release 2 (9.2.0.1.0) CD Pack for Linux Intel | 1 | N | 39.95 | 39.95 |
| 11 | Oracle® Applications 11i Release 8 CD Pack for Linux Intel | 1 | N | 39.95 | 39.95 |
| 12 | Oracle9i Developer Suite, Release 2 (9.0.2.0.0) CD Pack (with iAS Pack) for Linux Intel | 1 | N | 79.90 | 79.90 |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIPPING | TOTAL($) |
|---|---|---|---|---|
| | 776,115.70 | 46,566.95 | 0.00 | 822,682.65 |

A 1.5% PER MONTH FINANCE CHARGE WILL BE CHARGED FOR ALL PAST DUE INVOICES. ALL SOFTWARE IS LICENSED IN ACCORDANCE WITH THE TERMS AND CONDITIONS OF THE SOFTWARE LICENSE AND SERVICES AGREEMENT OR REFERENCED GSA SCHEDULE CONTRACT.

| Less payments/credits($) | 0.00 |
|---|---|
| **Outstanding balance as of 21-FEB-03** | ($) 822,682.65 |

**PLEASE REFERENCE INVOICE NUMBER ON ALL REMITTANCES**

# ORACLE

# INVOICE

**PLEASE REFERENCE INVOICE NUMBER ON ALL REMITTANCES**

**BILL TO:** WARRANTY CORPORATION OF AMERICA
ACCOUNTS PAYABLE
3110 CROSSING PARK ROAD

NORCROSS, GA  30071
United States

**SHIP TO:** WARRANTY CORPORATION OF AMERICA
David Ellison
3110 Crossing Park Road

NORCROSS, GA  30071
United States

**REMIT TO:** ORACLE CORPORATION
PO BOX 71028
CHICAGO, IL  60694-1028

Federal Tax ID: 94-2871189

| NUMBER |
|---|
| 1687275 |

| DATE | PAGE | |
|---|---|---|
| 27-NOV-02 | 3 of 3 | |

| PURCHASE ORDER NUMBER |
|---|
| 001202 |

| OUR REFERENCE |
|---|
| |

| SALES ORDER NUMBER |
|---|
| 6773452 |

| CUSTOMER NUMBER |
|---|
| 726234 |

PLEASE INCLUDE REMITTANCE COPY WITH PAYMENT
FOR QUESTIONS OR COMMENTS CONCERNING THIS INVOICE PLEASE CONTACT ORACLE COLLECTIONS AT (800)645 3509

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| Net Due In 30 Days | 27-DEC-02 | O'Dowd, Frank Edward | ACCOUNTS PAYABLE | 29-NOV-02 | 2 DAY | |

| ITEM NO. | DESCRIPTION | QUANTITY | TAX | UNIT PRICE($) | EXTENDED AMOUNT($) |
|---|---|---|---|---|---|
| 13 | Oracle(R) Collaboration Suite Release 1 (9.0.3.0.0) CD Pack for Linux Intel | 1 | N | 39.95 | 39.95 |
| 14 | Oracle(R) CADView-3D CD Pack for Microsoft Windows 98/NT/2000/ME | 1 | N | 9.95 | 9.95 |
| 15 | Shipping and Handling Fee | 1 | N | 6.00 | 6.00 |
| | | | | | |
| | | | | | |
| | | | | | |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIPPING | TOTAL($) |
|---|---|---|---|---|
| | 776,115.70 | 46,566.95 | 0.00 | 822,682.65 |
| A 1.5% PER MONTH FINANCE CHARGE WILL BE CHARGED FOR ALL PAST DUE INVOICES. ALL SOFTWARE IS LICENSED IN ACCORDANCE WITH THE TERMS AND CONDITIONS OF THE SOFTWARE LICENSE AND SERVICES AGREEMENT OR REFERENCED GSA SCHEDULE CONTRACT. | **Less payments/credits($)** | | | 0.00 |
| | **Outstanding balance as of 21-FEB-03** | | ($) | 822,682.65 |

**PLEASE REFERENCE INVOICE NUMBER ON ALL REMITTANCES**

# ORACLE

# INVOICE

**PLEASE REFERENCE INVOICE NUMBER ON ALL REMITTANCES**

**BILL TO:** WARRANTY CORPORATION OF AMERICA
ACCOUNTS PAYABLE
3110 CROSSING PARK ROAD

NORCROSS, GA  30071
United States

**SHIP TO:** WARRANTY CORPORATION OF AMERICA
David Ellison
3110 Crossing Park Road

NORCROSS, GA  30071
United States

**REMIT TO:** ORACLE CORPORATION
PO BOX 71028
CHICAGO, IL  60694-1028

Federal Tax ID: 94-2871189

| NUMBER | | |
|---|---|---|
| 1687274 | | |
| **DATE** | **PAGE** | |
| 27-NOV-02 | 1 of 4 | |
| **PURCHASE ORDER NUMBER** | | |
| 001202 | | |
| **OUR REFERENCE** | | |
| | | |
| **SALES ORDER NUMBER** | | |
| 6773452 | | |
| **CUSTOMER NUMBER** | | |
| 726234 | | |

**PLEASE INCLUDE REMITTANCE COPY WITH PAYMENT**
**FOR QUESTIONS OR COMMENTS CONCERNING THIS INVOICE PLEASE CONTACT ORACLE COLLECTIONS AT (800)645 3509**

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| Net Due in 30 Days | 27-DEC-02 | O'Dowd,   Frank Edward | ACCOUNTS PAYABLE | | 2 DAY | |

| ITEM NO. | DESCRIPTION | QUANTITY | TAX | UNIT PRICE($) | EXTENDED AMOUNT($) |
|---|---|---|---|---|---|
| 1 | Updates Subscription Service - 1 Oracle Database Enterprise Edition - Processor Perpetual: 27-NOV-02 - 26-NOV-03 | 1 | N | 7,200.00 | 7,200.00 |
| 2 | Product Support - 1 Oracle Database Enterprise Edition - Processor Perpetual: 27-NOV-02 - 26-NOV-03 | 1 | N | 3,360.00 | 3,360.00 |
| 3 | Updates Subscription Service - 1 Real Application Clusters - Processor Perpetual: 27-NOV-02 - 26-NOV-03 | 1 | N | 3,600.00 | 3,600.00 |
| 4 | Product Support - 1 Real Application Clusters - Processor Perpetual: 27-NOV-02 - 26-NOV-03 | 1 | N | 1,680.00 | 1,680.00 |
| 5 | Updates Subscription Service - 1 Internet Application Server Enterprise Edition - Processor Perpetual: 27-NOV-02 - 26-NOV-03 | 1 | N | 2,400.00 | 2,400.00 |
| 6 | Product Support - 1 Internet Application Server Enterprise Edition - Processor Perpetual: 27-NOV-02 - 26-NOV-03 | 1 | N | 1,120.00 | 1,120.00 |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIPPING | TOTAL($) |
|---|---|---|---|---|
| | 175,903.60 | 6,989.10 | 0.00 | 182,892.70 |

| A 1.5% PER MONTH FINANCE CHARGE WILL BE CHARGED FOR ALL PAST DUE INVOICES. ALL SOFTWARE IS LICENSED IN ACCORDANCE WITH THE TERMS AND CONDITIONS OF THE SOFTWARE LICENSE AND SERVICES AGREEMENT OR REFERENCED GSA SCHEDULE CONTRACT. | Less payments/credits($) | | 0.00 |
|---|---|---|---|
| | Outstanding balance as of 21-FEB-03 | ($) | 182,892.70 |

**PLEASE REFERENCE INVOICE NUMBER ON ALL REMITTANCES**

# ORACLE

# INVOICE

**PLEASE REFERENCE INVOICE NUMBER ON ALL REMITTANCES**

**BILL TO:** WARRANTY CORPORATION OF AMERICA
ACCOUNTS PAYABLE
3110 CROSSING PARK ROAD

NORCROSS, GA 30071
United States

**SHIP TO:** WARRANTY CORPORATION OF AMERICA
David Ellison
3110 Crossing Park Road

NORCROSS, GA 30071
United States

**REMIT TO:** ORACLE CORPORATION
PO BOX 71028
CHICAGO, IL 60694-1028

Federal Tax ID: 94-2871189

| NUMBER | | |
|---|---|---|
| 1687274 | | |
| DATE | | PAGE |
| 27-NOV-02 | 2 of | 4 |
| PURCHASE ORDER NUMBER | | |
| 001202 | | |
| OUR REFERENCE | | |
| | | |
| SALES ORDER NUMBER | | |
| 6773452 | | |
| CUSTOMER NUMBER | | |
| 726234 | | |

**PLEASE INCLUDE REMITTANCE COPY WITH PAYMENT**
**FOR QUESTIONS OR COMMENTS CONCERNING THIS INVOICE PLEASE CONTACT ORACLE COLLECTIONS AT (800)645 3509**

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| Net Due in 30 Days | 27-DEC-02 | O'Dowd, Frank Edward | ACCOUNTS PAYABLE | | 2 DAY | |

| ITEM NO. | DESCRIPTION | QUANTITY | TAX | UNIT PRICE($) | EXTENDED AMOUNT($) |
|---|---|---|---|---|---|
| 7 | Updates Subscription Service - 1 Internet Developer Suite - Named User Plus Perpetual: 27-NOV-02 - 26-NOV-03 | 1 | N | 2,250.00 | 2,250.00 |
| 8 | Product Support - 1 Internet Developer Suite - Named User Plus Perpetual: 27-NOV-02 - 26-NOV-03 | 1 | N | 1,050.00 | 1,050.00 |
| 9 | Updates Subscription Service - 1 Collaboration Suite - Named User Plus Perpetual: 27-NOV-02 - 26-NOV-03 | 1 | N | 1,000.00 | 1,000.00 |
| 10 | Product Support - 1 Collaboration Suite - Named User Plus Perpetual: 27-NOV-02 - 26-NOV-03 | 1 | N | 500.00 | 500.00 |
| 11 | Updates Subscription Service - 1 E-Business Suite Professional User - Professional User: 27-NOV-02 - 26-NOV-03 | 1 | N | 85,800.00 | 85,800.00 |
| 12 | Product Support - 1 E-Business Suite Professional User - Professional User: 27-NOV-02 - 26-NOV-03 | 1 | N | 40,040.00 | 40,040.00 |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIPPING | TOTAL($) |
|---|---|---|---|---|
| | 175,903.60 | 6,989.10 | 0.00 | 182,892.70 |

| A 1.5% PER MONTH FINANCE CHARGE WILL BE CHARGED FOR ALL PAST DUE INVOICES. ALL SOFTWARE IS LICENSED IN ACCORDANCE WITH THE TERMS AND CONDITIONS OF THE SOFTWARE LICENSE AND SERVICES AGREEMENT OR REFERENCED GSA SCHEDULE CONTRACT. | Less payments/credits($) | 0.00 |
|---|---|---|
| | Outstanding balance as of 21-FEB-03 | ($) 182,892.70 |

**PLEASE REFERENCE INVOICE NUMBER ON ALL REMITTANCES**

# ORACLE

# INVOICE

PLEASE REFERENCE INVOICE NUMBER ON ALL REMITTANCES

**BILL TO:** WARRANTY CORPORATION OF AMERICA
ACCOUNTS PAYABLE
3110 CROSSING PARK ROAD

NORCROSS, GA  30071
United States

**SHIP TO:** WARRANTY CORPORATION OF AMERICA
David Ellison
3110 Crossing Park Road

NORCROSS, GA  30071
United States

**REMIT TO:** ORACLE CORPORATION
PO BOX 71028
CHICAGO, IL  60694-1028

Federal Tax ID: 94-2871189

| NUMBER | | |
|---|---|---|
| 1687274 | | |
| **DATE** | | **PAGE** |
| 27-NOV-02 | 3   of | 4 |
| **PURCHASE ORDER NUMBER** | | |
| 001202 | | |
| **OUR REFERENCE** | | |
| | | |
| **SALES ORDER NUMBER** | | |
| 6773452 | | |
| **CUSTOMER NUMBER** | | |
| 726234 | | |

PLEASE INCLUDE REMITTANCE COPY WITH PAYMENT
FOR QUESTIONS OR COMMENTS CONCERNING THIS INVOICE PLEASE CONTACT ORACLE COLLECTIONS AT (800)645 3509

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| Net Due in 30 Days | 27-DEC-02 | O'Dowd,   Frank Edward | ACCOUNTS PAYABLE | | 2 DAY | |

| ITEM NO. | DESCRIPTION | QUANTITY | TAX | UNIT PRICE($) | EXTENDED AMOUNT($) |
|---|---|---|---|---|---|
| 13 | Updates Subscription Service - 1 E-Business Suite Employee User - Employee User: 27-NOV-02 - 26-NOV-03 | 1 | N | 780.00 | 780.00 |
| 14 | Product Support - 1 E-Business Suite Employee User - Employee User: 27-NOV-02 - 26-NOV-03 | 1 | N | 364.00 | 364.00 |
| 15 | Updates Subscription Service - 1 Electronic Orders - Order: 27-NOV-02 - 26-NOV-03 | 1 | N | 9,000.00 | 9,000.00 |
| 16 | Product Support - 1 Electronic Orders - Order: 27-NOV-02 - 26-NOV-03 | 1 | N | 4,200.00 | 4,200.00 |
| 17 | Updates Subscription Service - 1 Tutor for Applications - Application User Perpetual: 27-NOV-02 - 26-NOV-03 | 1 | N | 4,455.00 | 4,455.00 |
| 18 | Product Support - 1 Tutor for Applications - Application User Perpetual: 27-NOV-02 - 26-NOV-03 | 1 | N | 2,079.00 | 2,079.00 |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIPPING | TOTAL($) |
|---|---|---|---|---|
| | 175,903.60 | 6,989.10 | 0.00 | 182,892.70 |

A 1.5% PER MONTH FINANCE CHARGE WILL BE CHARGED FOR ALL PAST DUE INVOICES. ALL SOFTWARE IS LICENSED IN ACCORDANCE WITH THE TERMS AND CONDITIONS OF THE SOFTWARE LICENSE AND SERVICES AGREEMENT OR REFERENCED GSA SCHEDULE CONTRACT.

| Less payments/credits($) | | 0.00 |
|---|---|---|
| **Outstanding balance as of 21-FEB-03** | ($) | 182,892.70 |

PLEASE REFERENCE INVOICE NUMBER ON ALL REMITTANCES

# ORACLE

# INVOICE

**PLEASE REFERENCE INVOICE NUMBER ON ALL REMITTANCES**

**BILL TO:** WARRANTY CORPORATION OF AMERICA
ACCOUNTS PAYABLE
3110 CROSSING PARK ROAD

NORCROSS, GA  30071
United States

**SHIP TO:** WARRANTY CORPORATION OF AMERICA
David Ellison
3110 Crossing Park Road

NORCROSS, GA  30071
United States

**REMIT TO:** ORACLE CORPORATION
PO BOX 71028
CHICAGO, IL  60694-1028

Federal Tax ID: 94-2871189

| NUMBER | | |
|---|---|---|
| 1687274 | | |
| **DATE** | **PAGE** | |
| 27-NOV-02 | 4  of  4 | |
| **PURCHASE ORDER NUMBER** | | |
| 001202 | | |
| **OUR REFERENCE** | | |
| | | |
| **SALES ORDER NUMBER** | | |
| 6773452 | | |
| **CUSTOMER NUMBER** | | |
| 726234 | | |

**PLEASE INCLUDE REMITTANCE COPY WITH PAYMENT**
**FOR QUESTIONS OR COMMENTS CONCERNING THIS INVOICE PLEASE CONTACT ORACLE COLLECTIONS AT (800)645 3509**

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| Net Due in 30 Days | 27-DEC-02 | O'Dowd,          Frank Edward | ACCOUNTS PAYABLE | | 2 DAY | |

| ITEM NO. | DESCRIPTION | QUANTITY | TAX | UNIT PRICE($) | EXTENDED AMOUNT($) |
|---|---|---|---|---|---|
| 19 | iLearning Annual Subscription - Hosted Named User | 1 | N | 5,025.60 | 5,025.60 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIPPING | TOTAL($) |
|---|---|---|---|---|
| | 175,903.60 | 6,989.10 | 0.00 | 182,892.70 |

| | |
|---|---|
| A 1.5% PER MONTH FINANCE CHARGE WILL BE CHARGED FOR ALL PAST DUE INVOICES. ALL SOFTWARE IS LICENSED IN ACCORDANCE WITH THE TERMS AND CONDITIONS OF THE SOFTWARE LICENSE AND SERVICES AGREEMENT OR REFERENCED GSA SCHEDULE CONTRACT. | Less payments/credits($)     0.00 |
| | Outstanding balance as of 21-FEB-03     ($)     182,892.70 |

**PLEASE REFERENCE INVOICE NUMBER ON ALL REMITTANCES**