UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE CORPORATION

    Plaintiff,

    v.

WARRANTY CORPORATION OF AMERICA,

    Defendant.
_____/

No. C 03-3146 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of plaintiff Oracle's motion to compel and motion for sanctions, and for all further discovery.

The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

IT IS SO ORDERED.

Dated: August 1, 2005

                                                      _____
                                                      PHYLLIS J. HAMILTON
                                                      United States District Judge

cc: Wings, Assigned M/J, counsel of record