UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ORACLE CORPORATION,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>WARRANTY CORPORATION OF AMERICA,<br><br>　　　　Defendant(s). | No. C 03-3146 PJH (BZ)<br><br>**INITIAL DISCOVERY ORDER** |

　　All discovery in this matter has been referred to United States Magistrate Judge Bernard Zimmerman.

　　In the event a discovery dispute arises, the parties shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute.  Exchanging letters or telephone messages about the dispute is insufficient.  The Court will not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

　　In the event they cannot resolve their dispute, the parties must participate in a telephone conference with the

1 | Court **before** filing any discovery motions or other papers.
2 | The party seeking discovery shall request a conference in a
3 | letter served on all parties not exceeding two pages (with no
4 | attachments) which briefly explains the nature of the action
5 | and the issues in dispute.  Other parties may reply in similar
6 | fashion within two days of receiving the letter requesting the
7 | conference.  The Court will contact the parties to schedule
8 | the conference.
9 |     After the conference with the Court, if filing papers is
10 | deemed necessary, they should be filed **electronically filed**
11 | with the Clerk's Office, with **one hard copy delivered directly**
12 | **to Magistrate Judge Zimmerman's Chambers (Room 15-6688)**.  A
13 | chambers copy of all briefs shall be submitted on a diskette
14 | formatted in WordPerfect 6, 8, 9 or 10.  The diskette shall be
15 | scanned for virus before submission.
16 | Dated: August 9, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

21 | G:\BZALL\-REFS\ORACLE\INITIAL DISCOVERY.ORDER.wpd

2