UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE CORPORATION,           )<br>                              )<br>        Plaintiff(s),         )<br>                              )<br>   v.                         )<br>                              )<br>WARRANTY CORPORATION OF       )<br>AMERICA,                      )<br>                              )<br>        Defendant(s).         )<br>                              )<br>_____) | No. C03-3146 PJH (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC CONFERENCE RE DISCOVERY DISPUTE**s |

Having read plaintiff's moving papers.  **IT IS HEREBY ORDERED** that the defendant shall set forth its position on the discovery disputes at issue in a letter of not more than two pages to be served and filed by **12:00 p.m. on August 12, 2005.** **IT IS FURTHER ORDERED,** that a telephonic conference is scheduled for **Wednesday, August 17, 2005, at 4:00 p.m.,** to discuss the discovery disputes currently at issue.  Counsel for plaintiff shall contact counsel for defendant and call chambers at **(415) 522-4093.**

Dated: August 9, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\ORACLE\DISCOVERY2.ORDER.wpd

1