LAW OFFICES
# NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP

| LOS ANGELES | THIRTY-FOURTH FLOOR | WASHINGTON, D.C./VIRGINIA |
|---|---|---|
| THIRTY-FIRST FLOOR | 50 CALIFORNIA STREET | SUITE 600 |
| 445 SOUTH FIGUEROA STREET | SAN FRANCISCO, CALIFORNIA 94111-4799 | 2111 WILSON BOULEVARD |
| LOS ANGELES, CA 90071-1602 | TELEPHONE (415) 398-3600 | ARLINGTON, VA 22201-3052 |
| (213) 612-7800 | FACSIMILE (415) 398-2438 | (703) 351-5010 |
| IRVINE | | SACRAMENTO |
| SUITE 1800 | | SUITE 1000 |
| 18101 VON KARMAN AVENUE | KATRINA J. LEE | 915 L STREET |
| IRVINE, CA 92612-0177 | DIRECT DIAL NUMBER | SACRAMENTO, CA 95814-3705 |
| (949) 833-7800 | (415) 438-7257 | (916) 442-8888 |
| | EMAIL klee@nossaman.com | |
| | | REFER TO FILE NUMBER |
| | August 12, 2005 | 280743 - 0001 |

Honorable Bernard Zimmerman
U.S. D.C. for the Northern District, California
Courtroom G, 15th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

         Re:     *Oracle Corporation v. Warranty Corporation of America*
         Case No.:     C 03-3146 PJH (BZ)

Dear Judge Zimmerman:

     I write on behalf of Defendant Warranty Corporation of America pursuant to the Court's Order of August 9, 2005. We wish to notify the Court that the parties are in the midst of settlement discussions. The issue of the pending motions may be moot very shortly.

     Accordingly, without intending to waive or waiving any objections to the subject discovery or right to respond to the motions, Warranty respectfully requests that the Court extend the time for Warranty's letter response by one week from today. I have discussed via e-mail the issue of this request for an extension with Oracle's counsel Robert Sullwold, and Oracle has advised that it does not object to Warranty's request. With respect to the August 17th conference call, Warranty proposes that the call likewise be re-scheduled to one week later as the parties continue with settlement discussions.

     Thank you for your consideration and attention to this matter.

         Very truly yours,

         Katrina J. Lee, Esq.
         for NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP

KJL:laj

cc: Robert Sullwold, Esq.
    James Hughes, Esq

190751_1.DOC

The telephonic conference shall take place August 24, 2005 at 4:00 p.m.

8/12/05
APPROVED
*Bernard Zimmerman*
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA