LAW OFFICES
# NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP

LOS ANGELES
THIRTY-FIRST FLOOR
445 SOUTH FIGUEROA STREET
LOS ANGELES, CA 90071-1602
(213) 612-7800

IRVINE
SUITE 1800
18101 VON KARMAN AVENUE
IRVINE, CA 92612-0177
(949) 833-7800

THIRTY-FOURTH FLOOR
50 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-4799
TELEPHONE (415) 398-3600
FACSIMILE (415) 398-2438

KATRINA J. LEE
DIRECT DIAL NUMBER
(415) 438-7257
EMAIL klee@nossaman.com

WASHINGTON, D.C./VIRGINIA
SUITE 600
2111 WILSON BOULEVARD
ARLINGTON, VA 22201-3052
(703) 351-5010

SACRAMENTO
SUITE 1000
915 L STREET
SACRAMENTO, CA 95814-3705
(916) 442-8888

REFER TO FILE NUMBER
280743 - 0001

August 18, 2005

Honorable Bernard Zimmerman
U.S. D.C. for the Northern District, California
Courtroom G, 15th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

Re: *Oracle Corporation v. Warranty Corporation of America*
Case No.: C 03-3146 PJH (BZ)

Dear Judge Zimmerman:

    I write on behalf of Defendant Warranty Corporation of America. As of now, Warranty's deadline for submitting a letter response regarding the pending discovery motions is tomorrow, pursuant to the Court's Order of August 12. Since August 12, a settlement agreement has been executed by the parties. In light of this development, I have conferred with Oracle's counsel James Hughes via e-mail about the pending discovery motions. Pending the consummation of the settlement, Oracle and Warranty have agreed that any further proceedings regarding the discovery motions should be continued as follows: the deadline for Warranty's letter response should be extended from August 19, 2005 to September 16, 2005 and the Court's conference call should be re-scheduled from August 24, 2005 to September 21, 2005. Oracle agrees that, if the settlement is consummated, it will withdraw the pending motions.

    Accordingly, without intending to waive or waiving any objections to the subject discovery or right to respond to the motions, and in light of the parties' agreement as set out above, Warranty respectfully requests that the Court extend the time for Warranty's letter response to September 16, 2005 and that the Court re-schedule its conference call to September 21, 2005. Thank you for your consideration and attention to this matter.

Very truly yours,

Katrina J. Lee, Esq.
for NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP

[APPROVED — August 18, 2005 — Judge Bernard Zimmerman — United States District Court, Northern District of California]

cc: James Hughes, Esq.

191066_1.DOC